IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------ :
UNITED STATES OF AMERICA         : CASE NO. 1: 12 CR 0107
                                 :
                      Plaintiff  :
                                 : ORDER ADOPTING REPORT AND
           -vs-                  : RECOMMENDATION
                                 :
                                 :
TODD GOMEZ,                      :
                                 :
                      Defendant. :
------------------------------------------------------ :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

     Pursuant to referral, Magistrate Judge Nancy A. Vecchiarelli issued a Report and Recommendation following a Competency Hearing for defendant Todd Gomez. (Doc. 18). The parties did not object to the Competency Evaluation Report finding Mr. Gomez mentally incompetent to understand the nature and consequences of the proceeding against him and able to assist in his defense. The R&R advised finding Mr.

Gomez mentally incompetent to stand trial, recommended the defendant undergo treatment, and be returned to FMC Lexington for that treatment.

No party has objected to Magistrate Judge Vecchiarelli's recommendations. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir. 1981).

Accordingly, the Court adopts Magistrate Vecchiarelli's recommendations.

IT IS SO ORDERED.

    /s/Lesley Wells
UNITED STATES DISTRICT JUDGE

Date: 24 August 2012